**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 12-14043-CR-GRAHAM/LYNCH**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**

**IGNACIO ORTEGA-RAMIREZ,**

     **Defendant.**

_____/



FILED by _____ lel _____ D.C.

**MAR 3 1 2016**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS**
**TO VIOLATIONS 1 THROUGH 4 INCLUSIVE AS SET FORTH IN THE**
**PETITION FOR VIOLATIONS OF SUPERVISED RELEASE**

     **THIS CAUSE** having come on to be heard for a final evidentiary hearing on March 31, 2016, in respect to the pending Petition Alleging Violations of Supervised Release and this Court having convened a hearing, this Court recommends to the District Court as follows:

     1.     The Defendant appeared before this Court on March 31, 2016 for a final hearing in respect to the Petition Alleging Violations of Supervised Release alleging the following violations:

| | |
|---|---|
| <u>**Violation Number 1**</u> | <u>**Violation of Mandatory Condition**</u>, by failing to refrain from violation of the law.  On or about January 23, 2016, in Okeechobee County, Florida, the defendant committed the offense of reentry of removed alien, contrary to 8 U.S.C. § 1326(a)(1). |
| <u>**Violation Number 2**</u> | <u>**Violation of Mandatory Condition**</u>, by failing to refrain from violation of the law.  On or about January 23, 2016, in Okeechobee County, Florida, the defendant did commit driving with no valid license, contrary to Florida State Statute 322.03(1). |

**Violation Number 3**     **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On February 9, 2016, the defendant failed to report to the United States Probation Office, located in Fort Pierce, Florida on February 9, 2016, at 8:00 a.m. as directed.

**Violation Number 4**     **Violation of Special Condition**, by re-entering the United States without the written permission of the Secretary of Homeland Security. If the defendant re-enters the United States within the term of supervised release, he is to report to the nearest U.S. Probation Office. On or about January 23, 2016, the defendant re-entered the United States without the written permission of the Undersecretary for Border and Transportation Security, as evidenced by his arrest on January 23, 2016, for no valid driver license, contrary to Florida State Statute 322.03(1).

2.      After consultation with his attorney, the Defendant announced to this Court that he wished to admit Violations Numbers 1 through 4 inclusive as set forth in the Petition. This Court questioned the Defendant on the record through the use of a court certified Spanish interpreter and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violations. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3.      Counsel for parties agreed that the Court could take judicial notice of the facts set forth in the Petition Alleging Violations of Supervised Release and the

Memorandum from USPO Donn Grice to Judge Graham dated February 10, 2016 which sets forth the essential elements of the violations to which the Defendant is admitting.

4.      The possible maximum penalties which the Defendant was facing were read into the record by the government and the Defendant stated that he understood those penalties.

**ACCORDINGLY**, based upon the Defendant's admissions to Violations Numbers 1 through 4 inclusive of the Petition under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violations Numbers 1 through 4 inclusive as set forth in the Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this 3/ day of March, 2016, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

3

Copies furnished:
Hon. Donald L. Graham
AUSA Daniel Funk
AFPD Panayotta Augustin-Birch
U. S. Probation (USPO Grice)
U. S. Marshal